1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-CR-00173-KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) FOR INTERLOCUTORY SALE |
| v. | ) OF 2004 BMW M3 |
| SUKHWINDER SINGH, and | ) |
| CHARAN SINGH DHILLON, | ) |
| Defendants. | ) |

This stipulation for interlocutory sale of the 2004 BMW M3 is entered into between the United States of America, defendant Sukhwinder Singh, and Petitioner Provident Credit Union, by and through their respective counsel, according to the following terms:

1. On or about June 1, 2011, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Sukhwinder Singh and Charan Singh Dhillon in the following property:

   a. Approximately $33,022.63 seized from Wells Fargo Business Management Account Number 008-727-1870, in the name of Quick N' Stop Mart,

   b. 2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318,

1

c. A money judgment in the amount of $30,000 against
                Sukhwinder Singh, and

                d. A money judgment in the amount of $30,000 against
                Charan Singh Dhillon.

    2. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n)(2), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

    3. On August 4, 2011, Provident Credit Union filed a Verified Petition of Petitioner Provident Credit Union for Ancillary Hearing. Provident Credit Union asserts a claim to the 2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318 for the following reasons:

        a. On or about October 14, 2008, defendant Sukhwinder Singh entered into a Promissory Note ("Note") with Star City Motors secured by the 2004 BMW M3, VIN: WBSBR93424PK06914 ("vehicle"), in the principal amount of $27,298.15. The length of time and payment provisions of this loan were: six years, 5.5%, 71 monthly payments of $446.09 and a final payment of $445.68.

        b. On October 16, 2008, Provident Credit Union paid off Star City Motors in full, and became the lender to defendant Sukhwinder Singh for the vehicle. Defendant Sukhwinder Singh is presently in default on the loan and has been continuously since March 15, 2011.

    4. The parties herein desire to settle the petition of Provident Credit Union regarding its interest in the vehicle. The United States of America agrees that upon interlocutory sale of the vehicle pursuant to an order of the court, or upon entry of a Final Order of Forfeiture forfeiting the vehicle to the United States and

sale of the vehicle, the United States will not contest payment to petitioner Provident Credit Union from the proceeds of sale the following:

    a. In full and final satisfaction of its Note with defendant Sukhwinder Singh, a sum of $17,823.67, less any principal payments made between July 7, 2011, and the date of payment; plus interest on the unpaid principal sum at the contractual (not default) rate. This amount includes principal in the amount of $17,823.67 and interest in the amount of $346.46. Interest will continue to accrue at a rate of $2.68 per diem from July 7, 2011. Reasonable attorney's fees in an amount not to exceed $1,300.00. The exact amount to be paid to petitioner shall be determined at the time of payment. This settlement satisfies the petition filed by Provident Credit Union on August 4, 2011.

5. Petitioner Provident Credit Union releases plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with seizure, forfeiture, and sale of the vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, forfeiture, and sale, as well as to those now known or disclosed. The parties to this agreement waive the provisions of California Civil Code § 1542 which provides that a general release does not extend to claims which the creditor does not know or suspect to exist in its favor at the time of executing the release, which if known by it must have materially affected the settlement.

6. In furtherance of the interlocutory sale, the parties agree

to execute promptly any documents that may be required to complete the interlocutory sale of the vehicle.

7. The U.S. Secret Service, or its designee, shall sell the vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

8. Upon the sale of the vehicle, the net sale proceeds, less any payment to satisfy Provident Credit Union's loan, and less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be deposited in the U.S. Secret Service Suspense Account as the substitute *res* in this case, and held pending further order of the Court.

9. Provident Credit Union understands and agrees that the United States reserves the right to void this agreement if, before payment of the lien, the U.S. Attorney obtains new information indicating that the lien holder is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture statutes. The U.S. Attorney also reserves the right, in its discretion, to terminate the forfeiture at any time and release the property. In either event, the Government shall promptly notify the lien holder of such action. A discretionary termination of forfeiture shall not be a basis for any award of fees.

///
///
///
///
///
///
///

10. All parties are to bear their own costs and attorneys' fees.

Dated: 12/23/11                          BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Jared C. Dolan
                                         JARED C. DOLAN
                                         Assistant U.S. Attorney


DATED: 12/21/11                          /s/ Jonathan Seigel
                                         JONATHAN SEIGEL, ESQ.
                                         Attorney for Petitioner
                                         Provident Credit Union



DATED: 12/22/11                          /s/ Sukhwinder Singh
                                         SUKHWINDER SINGH
                                         Defendant



DATED: 12/22/11                          /s/ Douglas Srulowitz
                                         DOUGLAS SRULOWITZ
                                         Attorney for Defendant Sukhwinder
                                         Singh

                                         (Signatures retained by attorney)



**IT IS SO ORDERED.**

DATED:  January 6, 2012.

                                         _____
                                         UNITED STATES DISTRICT JUDGE